UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case: 2:26−cr−20324
Judge McMillion, Brandy R.
Referral Judge: Stafford, Elizabeth A.
Description: INFO USA V. MICHAEL
BULANDA (DA)

UNITED STATES OF AMERICA,

v.

MICHAEL DAVID BULANDA,

    Defendant.

_____/

Violations:
18 U.S.C. § 2422(b)

## **INFORMATION**

The United States Attorney charges:

### **COUNT ONE**
### 18 U.S.C. § 2422(b)
### *Attempted Coercion and Enticement of a Minor*

On or about September 11, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Michael Bulanda, used a facility and means of interstate commerce to knowingly attempt to persuade, induce, entice, and coerce Minor Victim One, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, to include sexual exploitation of children and attempt and conspiracy, in violation of 18 U.S.C. § 2251(a) and (e), all in violation of Title 18, United States Code, Section 2422(b).

## **FORFEITURE ALLEGATION**

The allegations of this Information are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 981; Title 18, United States Code, Section 2428; Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461.

If convicted of an offense charged in Count One, David Bulanda shall forfeit to the United States: (1) any property which constitutes or is derived from proceeds traceable to the offense, and (2) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense.

**Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been

substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

JEROME F. GORGON, Jr.

*s/ Matthew Roth*
MATTHEW ROTH
Chief, Trafficking and Exploitation of
Children Unit
Assistant United States Attorney

*s/ Zachary A. Zurek*
ZACHARY A. ZUREK
Assistant United States Attorney

Dated: May 26, 2026

| United States District Court<br>**Eastern District of Michigan** | **Criminal Case Cover Sheet** | **Case Number**<br>26-CR-20324 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes**　　☒ **No** | **AUSA's Initials: Z.Z** |

**Case Title:** USA v. Michael Bulanda

**County where offense occurred :** Wayne

**Check One:**　☒ **Felony**　　☐ **Misdemeanor**　　☐ **Petty**

_____ Indictment/_____ Information --- **no** prior complaint.
_____ Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 26-mj-30070　　]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____　**Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 26, 2026
　　　Date

Zachary Zurek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0285
Zachary.Zurek2@usdoj.gov
P80116

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.